

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2015

No. 04-02-00864-CR

Mario Limone **SAUCEDO**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 198th Judicial District Court, Menard County, Texas
Trial Court No. 02-1892
Honorable Emil Karl Prohl, Judge Presiding

**O R D E R**

On October 8, 2003, this court affirmed the trial court's judgment in trial court cause number 02-1892 in which appellant was convicted of aggravated sexual assault of a child and indecency with a child by contact. *See Saucedo v. State*, No. 04-02-00864-CR, 2003 WL 22298564 (Tex. App.— San Antonio Oct. 8, 2003, pet. ref'd). This court's mandate issued on April 29, 2004. On January 12, 2015, appellant filed a motion for leave to file brief and for oral argument relating to the same trial court cause number. This court has no further jurisdiction over any appeal from trial court cause number 02-1892. *See* TEX. R. APP. P. 18, 19. Accordingly, appellant's motion is DISMISSED FOR LACK OF JURISDICTION. Any future filings by appellant relating to trial court cause number 02-1892 will be filed in this court as information received, and this court will not issue any further rulings relating to this matter.

It is so **ORDERED** on January 14th, 2015.                    PER CURIAM

ATTESTED TO:

_____
Keith E. Hottle
Clerk of Court

